COHEN v. LOUIS HOCHBERG and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE ASSOCIATION OF DRESS MANUFACTURERS, INC., v. LOUIS HYMAN, Individually and as General Manager of the JOINT BOARD OF THE CLOAK, SKIRT, DRESS AND REEFER MAKERS' UNIONS OF GREATER NEW YORK, etc., and Others. — Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE ASSOCIATION OF DRESS MANUFACTURERS, INC., v. LOUIS HYMAN, Individually and as General Manager of the JOINT BOARD OF THE CLOAK, SKIRT, DRESS AND REEFER MAKERS' UNIONS OF GREATER NEW YORK, etc., and Others. — Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JULIA FITZGERALD v. LEON BRUCK and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALECK MANTON v. MUNSON STEAMSHIP LINE.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NETTIE NYMAN v. IRVING WOLF.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PREFERRED MANUFACTURING CORPORATION v. JACK M. SCHWARTZ.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARTHUR LEWIN v. BERNARD KAY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAM SCHLIFMAN, INC., v. AL. T. EIG.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PEERLESS LIGHT COMPANY v. FRANK M. LATZ & Co., INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOWY & FEFFER, INC., v. MOR-RO REALTY CORPORATION.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GOLD TEE KNITTING MILLS, INC., v. JACOB BORGENICHT and Another, Impleaded with GEORGE H. JAFFE.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNA BARCHUK, an Infant, etc., v. ADOLPH GIDALOVICI.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LEO W. VOGEL and Another v. PHILIP NEWTON.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES BUTLER GROCERY COMPANY v. SAVINO MENCHISE, Impleaded with THE WILLIAM F. KENNY COMPANY, INC., and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.